# PD-1181-15

PD-1181-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/11/2015 4:52:42 AM
Accepted 9/14/2015 3:42:44 PM
ABEL ACOSTA
CLERK

CAUSE NO. 01-14-00431-CR

| STATE OF TEXAS | § | IN THE FIRST |
| | | |
| VS. | § | COURT OF APPEALS |
| | | |
| MARIANNE MAREK | § | SITTING IN HOUSTON, TEXAS |

## MOTION TO EXTEND TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

Now comes MARIANNE MAREK, appellant in the above-styled and numbered cause, and moves for an extension of time of 30 days to file a petition for discretionary review, and for good cause shows the following:

### I.

This case is on appeal from the Austin County Court at Law.

### II.

The case below was styled MARIANNE MAREK V. the STATE OF TEXAS and numbered 13CR-30663.

### III.

Appellant was tried by a jury and convicted of the offense of Interfering With An officer in the above cause on March 24, 2014. Sentence was imposed at 1 year probation by the Honorable Daniel W. Leedy. Austin County Court at Law Judge on March 24, 2014.

FILED IN
COURT OF CRIMINAL APPEALS

September 14, 2015

ABEL ACOSTA, CLERK

## IV.

Appeal was had to the FIRST Court of Appeals. On July 28, 2015, the FIRST Court of Appeals affirmed appellant's conviction in the above cause. This Petition for Discretionary Review was therefore due on August 28, 2015. This is appellant's first request to extend the time of filing of his Petition for Discretionary Review.

## V.

Appellant's counsel now requests an extension of time of 30 days from the date the PDR was due to September 27, 2015, for reasons that follow.

## VI.

Counsel has been unable to complete Appellant's PDR within the required time period. Appellant relies on the following facts as good cause for his requested extension of the time for filing:

VII.

Counsel is a solo practitioner, under contract for all services criminal and juvenile services in Austin County(with two other attorneys). Further, counsel has been set in the following court matters in the courts indicated since the time the prior extension was granted:

7-30-15-ACCL-BRYANT,VANAKEN,JONES

8-11-15-ACD-MOORE,C-CAMACHO,BATES,CAMPBELL,WARD,HOES,

MILES,TAYLOR,GLASER,THOMPSON,PATEK,TAN

PT-NELSON,COOK

WCD-DANIELS

8-13-15-ACCL-HARRIS,BRYANT,S-JONES,R-JONES,DAVIS

8-25-15-ACD-PRESSWOOD,MADISON,GARZA,TESAR,WALLACE,

D-CAMACHO

8-27-15-ACCL-HILL,JONES

8-31-15-ACD-PICKRON TRIAL (MURDER CASE)

9-8-15-ACD-TARVER,

9-10-15-ACCL-CAMPBELL,THORPE,OLVERA

Further, counsel is set in the following proceeding from today's date to the requested extension date.

9-11-15-WCD-HOUSTON-SENT-HRG

9-21-15-ACCL-THOMAS

9-22-15-ACD-WARD,CASTRO,GALLEGOS,PENRICE,CAMPBELL,
ANDRUS

9-24-15-ACCL-MCANDREWS-CUSTODY HRG


WCD   - WALLER COUNTY 506TH  DISTRICT COURT

ACD   - AUSTIN COUNTY 155TH DISTRICT COURT

ACCL  - AUSTIN COUNTY COURT AT LAW

WHEREFORE, PREMISES CONSIDERED, appellant respectfully requests an extension of 30 days from the due date to file his petition for discretionary review.

Respectfully submitted,

CALVIN GARVIE
POST OFFICE BOX 416
BELLVILLE, TEXAS 77418
    (979) 865 - 5456

BY:/s/ Calvin Garvie
    CALVIN GARVIE
    STATE BAR NO.:07714300
    TEXATTYCG@AOL.COM
    ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE

I hereby certify that a true copy of this extension request was delivered or sent to the offices of the Austin County District Attorney, One East Main, Bellville, Texas 77418 and the State Prosecuting Attorney, P.O. Box 12405, Austin, Texas 78711 on September 10, 2015 by e-mail or fax.

BY: /s/ Calvin Garvie
CALVIN GARVIE

STATE OF TEXAS                    §
                                  §
COUNTY OF AUSTIN                   §

AFFIDAVIT

BEFORE ME, the undersigned authority, on this day personally appeared CALVIN GARVIE, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW and swear that all of the allegations of fact contained therein are true and correct to the best of my knowledge."



CALVIN GARVIE

Affiant

SUBSCRIBED AND SWORN TO BEFORE ME on September 10, 2015, to certify which witness my hand and seal of office.

Notary Public, State of Texas

DEBBIE K. MCCOSLIN
MY COMMISSION EXPIRES
October 20, 2016